JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY M. YANEZ,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, A Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:17-cv-02495-AB-FFM<br>**Lead Case No.** 2:18-ml-02814-AB(FFMX)<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Plaintiff ASHLEY M. YANEZ and Defendant FORD MOTOR COMPANY's Joint Stipulation of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause shown, the Court hereby ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED:**

Dated: May 24, 2019

_____
HON. ANDRÉ BIROTTE, JR.